DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ULAND LEFRANK COLON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>      v.                        )<br>                                )<br> ULAND LEFRANK COLON,           )<br>                                )<br>            Defendants.         )<br>                                )<br>_____) | Cr.S. 11-0089-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE:  June 1, 2011<br>TIME:  9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

   It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ULAND LEFRANK COLON, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, May 17, 2011, be continued to Tuesday, June 1, 2011, at 9:15 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

   It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference hearing, June 1, 2011, shall be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 16, 2011          Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Matthew M. Scoble
                             MATTHEW M. SCOBLE
                             Assistant Federal Defender
                             Attorney for Defendant
                             ULAND LEFRANK COLON


DATED: May 16, 2011          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Matthew M. Scoble for
                             TODD LERAS
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set May 17, 2011, status conference shall be continued to June 1, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, May 16, 2011, through and including the date of the new status conference hearing, June 1, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

1  Based on the stipulation of the parties and good cause appearing
2  therefrom, the Court hereby finds that the failure to grant a
3  continuance in this case would deny defense counsel reasonable time for
4  effective preparation taking into account the exercise of due
5  diligence.  The Court specifically finds that the ends of justice
6  served by the granting of such continuance outweigh the interests of
7  the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT