```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ULAND LEFRANK COLON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 11-0089-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: June 21, 2011 |
| ULAND LEFRANK COLON, | ) | TIME: 9:15 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ULAND LEFRANK COLON, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, June 1, 2011, be continued to Tuesday, June 21, 2011, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference hearing, June 21, 2011, shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 26, 2011      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
ULAND LEFRANK COLON

DATED: May 26, 2011      BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set June 1, 2011, status conference shall be continued to June 21, 2011, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, May 26, 2011, through and including the date of the new status conference hearing, June 21, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

1   Based on the stipulation of the parties and good cause appearing
2 therefrom, the Court hereby finds that the failure to grant a
3 continuance in this case would deny defense counsel reasonable time for
4 effective preparation taking into account the exercise of due
5 diligence.  The Court specifically finds that the ends of justice
6 served by the granting of such continuance outweigh the interests of
7 the public and the defendants in a speedy trial.
8   **IT IS SO ORDERED.**

DATED: May 27, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT