1    DANIEL J. BRODERICK, Bar# 89424
     Federal Defender
2    MATTHEW M. SCOBLE, Bar# 237432
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    Telephone (916) 498-5700

5    Attorney for Defendant
     ULAND LEFRANK COLON
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,      )
                                    )   Cr.S. 11-0089-LKK
13                  Plaintiff,      )
                                    )   **STIPULATION AND ORDER**
14        v.                        )
                                    )   DATE:  August 2, 2011
15   ULAND LEFRANK COLON,           )   TIME:  9:15 a.m.
                                    )   JUDGE: Hon. Lawrence K. Karlton
16                  Defendants.     )
                                    )
17   _____)

18       It is hereby stipulated and agreed to between the United States of

19   America through TODD LERAS, Assistant U.S. Attorney, and defendant,

20   ULAND LEFRANK COLON, by and through his counsel, MATTHEW M. SCOBLE,

21   Assistant Federal Defender, that the status conference set for Tuesday,

22   June 21, 2011, be continued to Tuesday, August 2, 2011, at 9:15 a.m..

23       The reason for this continuance is to allow defense counsel

24   additional time to review discovery with the defendants, to examine

25   possible defenses and to continue investigating the facts of the case.

26       It is further stipulated that the time period from the date of this

27   stipulation, through and including the date of the new status

28   conference hearing, August 2, 2011, shall be excluded from computation

1  of time within which the trial of this matter must be commenced under

2  the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and

3  Local Code T4 [reasonable time for defense counsel to prepare].

4

5  DATED: June 15, 2011          Respectfully submitted,

6                               DANIEL J. BRODERICK
                                Federal Defender
7
                                /s/ Matthew M. Scoble
8                               MATTHEW M. SCOBLE
                                Assistant Federal Defender
9                               Attorney for Defendant
                                ULAND LEFRANK COLON
10

11

12 DATED: June 15, 2011          BENJAMIN B. WAGNER
                                United States Attorney
13
                                /s/ Matthew M. Scoble for
14                              TODD LERAS
                                Assistant U.S. Attorney
15                              Attorney for Plaintiff

16

17                             **O R D E R**

18     Based on the stipulation of the parties and good cause appearing

19 therefrom, the Court hereby adopts the stipulation of the parties in

20 its entirety as its order.  It is hereby ordered that the presently set

21 June 21, 2011, status conference shall be continued to August 2, 2011,

22 at 9:15 a.m.  It is further ordered that the time period from the date

23 of the parties' stipulation, June 15, 2011, through and including the

24 date of the new status conference hearing, August 2, 2011, shall be

25 excluded from computation of time within which the trial of this matter

26 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

27 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense

28 counsel to prepare].

2

1    Based on the stipulation of the parties and good cause appearing

2  therefrom, the Court hereby finds that the failure to grant a

3  continuance in this case would deny defense counsel reasonable time for

4  effective preparation taking into account the exercise of due

5  diligence.  The Court specifically finds that the ends of justice

6  served by the granting of such continuance outweigh the interests of

7  the public and the defendants in a speedy trial.

8    **IT IS SO ORDERED.**

9

DATED: June 17, 2011

10

11                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
12                                    UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28