```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ULAND LEFRANK COLON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   Cr.S. 11-0089-LKK
          Plaintiff,         )
                             )   STIPULATION AND ORDER
     v.                      )
                             )   DATE: October 18, 2011
ULAND LEFRANK COLON,         )   TIME: 9:15 a.m.
                             )   JUDGE: Hon. Lawrence K. Karlton
          Defendants.        )
                             )
_____)
```

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ULAND LEFRANK COLON, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, September 13, 2011, be continued to Tuesday, October 18, 2011, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

conference hearing, October 18, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: September 8,2011                Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Matthew M. Scoble
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ULAND LEFRANK COLON

DATED: September 8, 2011               BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Matthew M. Scoble for
                                          TODD LERAS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set September 13, 2011, status conference shall be continued to October 18, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, September 8, 2011, through and including the date of the new status conference hearing, October 18, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant

to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: September 12, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT