DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ULAND LEFRANK COLON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  ) <br>            Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>ULAND LEFRANK COLON,  )<br>  )<br>            Defendants.  )<br>  )<br>_____ ) | Cr.S. 11-0089-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE:  December 6, 2011<br>TIME:  9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

   It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ULAND LEFRANK COLON, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, October 13, 2011, be continued to Tuesday, December 6, 2011, at 9:15 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

   It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

conference hearing, December 6, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)& (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: October 12,2011            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Matthew M. Scoble
                                            MATTHEW M. SCOBLE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            ULAND LEFRANK COLON

DATED: October 12, 2011            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Matthew M. Scoble for
                                            TODD LERAS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 18, 2011, status conference shall be continued to December 6, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, December 6, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161

1  (h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense
2  counsel to prepare].
3      Based on the stipulation of the parties and good cause appearing
4  therefrom, the Court hereby finds that the failure to grant a
5  continuance in this case would deny defense counsel reasonable time for
6  effective preparation taking into account the exercise of due
7  diligence.  The Court specifically finds that the ends of justice
8  served by the granting of such continuance outweigh the interests of
9  the public and the defendants in a speedy trial.
10     **IT IS SO ORDERED.**
11
   DATED: October 13, 2011
12
13                 _/s/ Lawrence K. Karlton_
                LAWRENCE K. KARLTON
                SENIOR JUDGE
14                 UNITED STATES DISTRICT COURT
15
16
17
18
19
20
21
22
23
24
25
26
27
28