DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE, CA Bar #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

FILED
MAY 22 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorney for Defendant
ULAND LEFRANK COLON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   No. 2:11-CR-00089 LKK
                                    )
                Plaintiff,          )
                                    )   [~~PROPOSED~~] RELEASE ORDER
         v.                         )
                                    )
ULAND LEFRANK COLON,                )   Date:  May 22, 2012
                                    )   Time:  9:15 a.m.
                Defendant.          )   Judge: Hon. Lawrence K. Karlton
                                    )
_____)

On May 22, 2012, this Court sentenced the defendant to time served. Therefore, Mr. Colon should be ordered released in this case.

Good cause appearing therefor,

IT IS ORDERED that ULAND LEFRANK COLON be released from federal custody in the above-captioned case immediately.

Dated: 5/22/12

Hon. Lawrence K. Karlton
United States District Judge